UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT W. DRISCOLL, JR.,
Plaintiff,

v.

JOHN ARENA,
Defendant.

No. 16-cv-11331-NMG

**JOINT MOTION FOR TRANSFER OR REASSINGMENT OF CASE**

Plaintiff and Defendant jointly move that the Court transfer or reassign this case to the Honorable Leo T. Sorokin pursuant to D. Mass. Local Rule D. Mass. LR 40.1(G)-(I), based upon the following:

1. On June 28, 2016, counsel for Defendant filed in this Court a Notice of Removal in the case *Robert W. Driscoll, Jr. v. Thomas Arena* ("Thomas Arena action"), to remove that action from the Court of Common Pleas of Philadelphia County, Pennsylvania. The Thomas Arena action was assigned to the Honorable Leo T. Sorokin and docketed as No. 16-cv-11325-LTS.

2. The same day, Defendant filed in this Court a Notice of Removal (Dkt. 1) to remove this action from the Court of Common Pleas of Philadelphia County, Pennsylvania.

3. The parties submit that this action and the Thomas Arena action are "related civil cases," pursuant to LR 40.1(G), in that they both involve the same Plaintiff, both concern promissory notes made by the respective Defendants (who are brothers) in favor of Plaintiff, and both involve the same or similar claims or defenses.

*Motion allowed. /s/ NMGorton, USDJ 7/15/16*